# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 11-1108    September Term, 2013

EPA-78FR7138
EPA-76FR15608

Filed On: March 20, 2014 [1484548]

United States Sugar Corporation,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

National Environmental Development Association's Clean Air Project, et al.,
    Intervenors

------------------------------

Consolidated with 11-1124, 11-1134, 11-1142, 11-1145, 11-1157, 11-1159, 11-1165, 11-1170, 11-1172, 11-1174, 11-1181, 13-1086, 13-1087, 13-1091, 13-1092, 13-1096, 13-1097, 13-1098, 13-1099, 13-1100, 13-1103

## O R D E R

    Upon consideration of the environmental petitioners' motion for extension of time to file response to respondent's motions for partial remand and to suspend briefing schedule, and respondent's motion for extension of time to file reply, it is

    **ORDERED** that the motions for extension of time be granted. The environmental petitioners' response is now due March 27, 2014. Respondent's reply, and response to the cross-motion for affirmative relief, is now due April 7, 2014.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                     BY:    /s/
                               Mark A. Butler
                               Deputy Clerk