# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 11-1108**  **September Term, 2013**

EPA-76FR15608
EPA-78FR7138

**Filed On:** March 21, 2014

United States Sugar Corporation,
       Petitioner

    v.

Environmental Protection Agency,
       Respondent
------------------------------
National Environmental Development
Association's Clean Air Project, et al.,
       Intervenors
------------------------------
Consolidated with 11-1124, 11-1134, 11-1142,
11-1145, 11-1157, 11-1159, 11-1165,
11-1170, 11-1172, 11-1174, 11-1181,
13-1086, 13-1087, 13-1091, 13-1092,
13-1096, 13-1097, 13-1098, 13-1099,
13-1100, 13-1103

       **BEFORE:**    Griffith and Kavanaugh, Circuit Judges

## O R D E R

       Upon consideration of the motion to suspend the briefing schedule, the responses thereto, and the reply, it is

       **ORDERED** that the briefing schedule be suspended pending further order of the court.

       **FOR THE COURT:**
       Mark J. Langer, Clerk

       BY:    /s/
                Timothy A. Ralls
                Deputy Clerk