# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-1170**  September Term, 2013

EPA-76FR15608

Filed On: May 7, 2014 [1491861]

American Home Furnishings Alliance, Inc.,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

## O R D E R

Upon consideration of petitioner's motion to dismiss the petition for review, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the Environmental Protection Agency a certified copy of this order in lieu of formal mandate.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Mark A. Butler
    Deputy Clerk