# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 11-1108 September Term, 2013

EPA-78FR7138
EPA-76FR15608

Filed On: June 13, 2014 [1497511]

United States Sugar Corporation,

        Petitioner

   v.

Environmental Protection Agency,

        Respondent

------------------------------
National Environmental Development Association's
Clean Air Project, et al.,
        Intervenors
------------------------------
Consolidated with 11-1124, 11-1134, 11-1142, 11-1145,
11-1159, 11-1165, 11-1172, 11-1174, 11-1181,
13-1086, 13-1087, 13-1091, 13-1092, 13-1096,
13-1097, 13-1098, 13-1099, 13-1100, 13-1103

### O R D E R

Upon consideration of the unopposed motion to extend briefing schedule, it is

**ORDERED** that the motion be granted, and the following briefing schedule now apply:

| | |
|---|---|
| Petitioners' Brief | August 12, 2014 |
| Respondents' Brief | November 10, 2014 |
| Intervenor for Respondents' Brief | December 17, 2014 |
| Petitioners' Reply Brief | January 14, 2015 |
| Deferred Appendix | January 28, 2015 |
| Final Briefs | February 11, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Mark A. Butler
Deputy Clerk